# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148138

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                          SC: 148138
                          COA: 314847
JOSE MALTOS,               Bay CC: 11-010898-FH
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 9, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



                                 Clerk

s0224